# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:24-cv-60560-LEIBOWITZ/AUGUSTIN-BIRCH

**WILLIE LEE MCCREARY**,

    *Plaintiff,*

*v.*

**KAREEM FOOD WORLD, INC.,** *et al.*,

    *Defendants.*

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to United States Magistrate Judge Panayotta Augustin-Birch for a report and recommendation on Plaintiff's Verified Motion for Default Judgment [ECF No. 31] and the parties' Joint Motion to Approve Settlement of FLSDA Claims [ECF No. 36] ("the Motions"). Judge Augustin-Birch has since issued a Report and Recommendation ("the R&R"), recommending that the Motion be granted in part and denied in part. [ECF No. 44]. No party has submitted an objection to the R&R and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court adopts Judge Augustin-Birch's R&R in its entirety.

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings

or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up).  To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error.  *Id.* at 784 (cleaned up).

The parties have not submitted any objections to Judge Augustin-Birch's R&R, and the time to do so has passed.  As such, the Court has reviewed the R&R for clear error only.  Upon this review, the Court finds not only no clear error but also notes that Judge Augustin-Birch's R&R is thorough, cogent, and compelling.  The Court adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. Magistrate Judge Augustin-Birch R&R [**ECF No. 44**] is **AFFIRMED AND ADOPTED**.

2. The Joint Motion to Approve Settlement of FLSA Claims and Joint Motion to Dismiss the Action Against Defendants Kareem Food World, Inc. and Abdel Ayesh With Prejudice [**ECF No. 36**] is **GRANTED**.  The Settlement Agreement [**ECF No. 43-3**] is **APPROVED**.  Plaintiff's claims against Defendants Kareem Food World, Inc. and Abdel Ayesh are **DISMISSED WITH PREJUDICE**.  This Court retains jurisdiction to enforce the Settlement Agreement.

3. Plaintiff's Verified Motion for Default Judgment [**ECF No. 31**] is **GRANTED IN PART AND DENIED IN PART.**  Default judgment is entered in favor of Plaintiff Willie Lee McCreary and against Defendants Friends Miami Venture LLC and Atm Zahir Uddin Mahammud in the amount of $52,951.20.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on March 13, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record